Exhibit 1

Please see my fraud case for extra exhibits which was filed at the Northern Federal District Court of Dallas and dismissed illegally based on "Abstention Doctorine Rules" which were inapplicable to my case. That was cause # 3-20CV3196-B and the state case which was illegally dismissed although I served expert reports was 017-312809-19

---

UT Southwestern phone #: (214) 648-3111
address: 5323 Harry Hines Blvd. Dallas TX. (214) 648-3111

---

* Also see the case filed with this court like 2 weeks ago for exhibits. My affidavit of financial indigence is already posted there. 4:21-CV-478

Exhibit 28: query for Crohn's of the pouch was done in November 2017 but the findings of which are not in my medical records except by the Calproctein positive test result.





Exhibit:29 confirmation of the text messaged images from my medical record between Scott Smith and Dr. Clifton Cox. Now Scott Smith says he never treated me (which I and my medical record agree with, my issue with Smith is one of theft of medical records to assist Cox in committing fraud) to get off the hook from being sued under Chapter 74. To the Texas State Medical Board he said he did. Which is it?

10



Exhibit 30: Proof that the CT indicated GI complications of the pouch and small intestines although they left out the kidney infection later confirmed by urologist Lance Pickard





Exhibit 31: Indicated UTI and Hematuria



32: Lie about my health issues.

Exhibit 33: My bladder function did change, of course UT Southwestern doesn't want to document it and didn't tell me about the ulceration of J-pouch before it had even been reconnected.



## Amoxicillin; Clavulanic Acid tablets

**What is this medicine?**

AMOXICILLIN, CLAVULANIC ACID (a mox i SIL in; KLAV yoo lan ic AS id) is a penicillin antibiotic. It is used to treat certain kinds of bacterial infections. It will not work for colds, flu, or other viral infections.

This medicine may be used for other purposes; ask your health care provider or pharmacist if you have questions.

COMMON BRAND NAME(S): Augmentin

**What should I tell my health care provider before I take this medicine?**

They need to know if you have any of these conditions:

-bowel disease, like colitis

-kidney disease

-liver disease

-mononucleosis

-an unusual or allergic reaction to amoxicillin, penicillin, cephalosporin, other antibiotics, clavulanic acid, other medicines, foods, dyes, or preservatives

-pregnant or trying to get pregnant

-breast-feeding

*[handwritten notes: Funny, they gave me amoxicillin when nothing was wrong with me allegedly? Also hydrocodone when I didn't want any. ER doc said really just no medical. They know to write plavulanic acid record.]*

**How should I use this medicine?**

Take this medicine by mouth with a full glass of water. Follow the directions on the prescription label. Take at the start of a meal. Do not crush or chew. If the tablet has a score line, you may cut it in half at the score line for easier swallowing. Take your medicine at regular intervals. Do not take your medicine more often than directed. Take all of your medicine as directed even if you think you are better. Do not skip doses or stop your medicine early.

Talk to your pediatrician regarding the use of this medicine in children. Special care may be needed.

| TEXAS HEALTH PRESBYTERIAN FLOWER MOUND 4400 Long Prairie Road | McCalley, Damara Plaisard MRN: 255605, DOB: 1/3/1988, Sex: F Adm: 6/28/2019, D/C: 6/29/2019 |

Page 184

Printed by JXC1100 at 9/5/19 1:53 PM



Exhibit 34: After the doctor labels me as pain seeking with no problems once I communicate the issues to the malpractice insurance representative Nichol Bunn I am still given antibiotics on discharge.

15

Exhibit 35: Given hydrocodone after they lied on my flex sig and said nothing was wrong with me after I contacted Nichol Bunn /Stan Thiebaud and was labeled as "pain seeking behavior." Clearly something is amiss.

More Information (continued)

## Amoxicillin; Clavulanic Acid tablets

**What is this medicine?**

AMOXICILLIN; CLAVULANIC ACID (a mox i SIL in; KLAV yoo lan ic AS id) is a penicillin antibiotic. It is used to treat certain kinds of bacterial infections. It will not work for colds, flu, or other viral infections.

This medicine may be used for other purposes; ask your health care provider or pharmacist if you have questions.

COMMON BRAND NAME(S): Augmentin

**What should I tell my health care provider before I take this medicine?**

They need to know if you have any of these conditions:

-bowel disease, like colitis

-kidney disease

-liver disease

-mononucleosis

-an unusual or allergic reaction to amoxicillin, penicillin, cephalosporin, other antibiotics, clavulanic acid, other medicines, foods, dyes, or preservatives

-pregnant or trying to get pregnant

-breast-feeding

Funny, they gave me amoxicillin when nothing was wrong with me allegedly? Also hydrocodone when doc said nothing wrong. They just didn't want to write it in the medical record.

**How should I use this medicine?**

Take this medicine by mouth with a full glass of water. Follow the directions on the prescription label. Take at the start of a meal. Do not crush or chew. If the tablet has a score line, you may cut it in half at the score line for easier swallowing. Take your medicine at regular intervals. Do not take your medicine more often than directed. Take all of your medicine as directed even if you think you are better. Do not skip doses or stop your medicine early.

Talk to your pediatrician regarding the use of this medicine in children. Special care may be needed.

TEXAS HEALTH PRESBYTERIAN FLOWER MOUND
4400 Long Prairie Road

McCalley, Damara Plaisant
MRN: 255005, DOB: 1/3/1988, Sex: F
Adm: 6/28/2019, D/C: 6/29/2019

Page 184

Printed by JXC1100 at 9/5/19 1:53 PM






Exhibit 36: staples or foreign objects near neph tube now gone due to "dispersion pattern" being applied. I have the original dated photo with metadata.

17



Exhibit 37: foreign object or staple near indwelling line in kidney

Patient Medical Records
UT Southwestern Medical Center
University Hospitals and Clinics
Dallas, TX 75390-8525

McCalley, Damaris P
MRN: 72811610, DOB: 1/3/1988, Sex: F
Adm: 7/1/2019, D/C: 7/5/2019

Other Orders (continued)

ED NUR ED CONSULT (SPECIFY) [380546932] (continued)

IP PC CONSULT TO GASTROENTEROLOGY [380546933]                                                    Discontinued
  McDonald, Samuel Arthur, MD on 07/01/19 1037
  McDonald, Samuel Arthur, MD 07/01/19 1037                          McDonald, Samuel Arthur, MD
  McDonald, Samuel Arthur, MD
  One Time 07/01/19 1038 - 1 occurrence                              Philip, Justin, PA-C 07/01/19 1526 [Clinician
                                                         Requested]

Questionnaire
Question                                                 Answer
Consult requested in:                                    ED
Reason for Consult:                                      hx of crohns, here with constipation, obstipation ct with questionable
                                                         ileus vs. developing obstruction

CULTURE URINE [380546662]                                                                        Discontinued
  McDonald, Samuel Arthur, MD on 07/01/19 1035
  McDonald, Samuel Arthur, MD 07/01/19 1035                          McDonald, Samuel Arthur, MD
  McDonald, Samuel Arthur, MD
  STAT 07/01/19 1036 - 1 occurrence                                  Philip, Justin, PA-C 07/02/19 1444 [Clinician
                                                         Requested]

Diffuse abdominal pain [R10.84]
      CULTURE URINE-- no antibiotics

ED NUR ED CONSULT (SPECIFY) [380524507]                                                          Discontinued
  McDonald, Samuel Arthur, MD on 07/01/19 0700
  McDonald, Samuel Arthur, MD 07/01/19 0700                          McDonald, Samuel Arthur, MD
  McDonald, Samuel Arthur, MD
  One Time 07/01/19 0700 - 1 occurrence                              Utsw, Interface 07/05/19 1522 [Patient Discharged]

Questionnaire
Question                                                 Answer
Consult(s) Ordered:                                      Surgery - Colorectal

IP PC CONSULT TO COLO/RECTAL SURGERY [380524508]                                                 Completed
  McDonald, Samuel Arthur, MD on 07/01/19 0700
  McDonald, Samuel Arthur, MD 07/01/19 0700                          McDonald, Samuel Arthur, MD
  McDonald, Samuel Arthur, MD
  One Time 07/01/19 0700 - 1 occurrence

Questionnaire
Question                                                 Answer
Consult requested in:                                    ED
Reason for Consult:                                      hx crohns, developing obstruction with obstipation

IP NUR INSERT IV SALINE LOCK [380521849]                                                         Completed
  Furmaga, Jakub Feliks, MD on 07/01/19 0506
  Furmaga, Jakub Feliks, MD 07/01/19 0507                            Furmaga, Jakub Feliks, MD
  Furmaga, Jakub Feliks, MD
  One Time 07/01/19 0508 - 1 occurrence
      insert IV catheter and maintain patency for IV access.

IP NUR UR PREG POCT [380521854]                                                                  Completed
  Furmaga, Jakub Feliks, MD on 07/01/19 0507
  Furmaga, Jakub Feliks, MD 07/01/19 0507                            Furmaga, Jakub Feliks, MD
  Furmaga, Jakub Feliks, MD
  One Time 07/01/19 0508 - 1 occurrence

IP NUR IN AND OUT CATHETERIZATION [380521856]                                                    Completed
  Furmaga, Jakub Feliks, MD on 07/01/19 0507
  Furmaga, Jakub Feliks, MD 07/01/19 0507                            Furmaga, Jakub Feliks, MD

Printed on 12/16/19 1:56 PM        Note: Substance Abuse Therapy
                                   Records are not part of the medical
                                   record and require additional
                                   authorization.

*[Handwritten annotation:]* history of Crohn's Disease I was lied to about for 3 years at UT Southwestern