# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMARIS MCCALLEY | § |
| | § Civil Action No. 4:21-CV-511 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| CRAIG OLSON, ET AL. | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 15, 2022, the report of the Magistrate Judge (Dkt. #47) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Damaris McCalley's Amended Complaint be stricken from the record *sua sponte*.

Having received the report of the Magistrate Judge, considered Plaintiff's Objections, Defendants' Responses to Plaintiff's Objections, and conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Damaris McCalley's Amended Complaint (Dkt. #32) is hereby **STRICKEN**. All Parties added by Plaintiff's Amended Complaint should be removed from the CM/ECF list of defendants.

**IT IS SO ORDERED**.

**SIGNED this 5th day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE